Case 23-43558-mxm13    Doc 41    Filed 02/15/24    Entered 02/15/24 14:46:43    Desc Main
Document    Page 1 of 2

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NUMBER: 23-43558-MXM |
| WAEL SAMIR FALTS | § § | CHAPTER 13 |
| DEBTOR | § § § | JUDGE MARK X MULLIN |
| | § § § § | COURT HEARING:  Thursday, March 21, 2024 at 8:30 AM |

**MOTION TO DISMISS FOR FAILURE TO OBTAIN TIMELY CONFIRMATION
AND NOTICE OF COURT HEARING THEREON
(DELAY)**

Now comes Tim Truman, Standing Chapter 13 Trustee and files this motion pursuant to Section 1307 (c) of the Bankruptcy Code and Bankruptcy Rule 9014, and would respectfully show unto the Court as follows:

This case should be **DISMISSED** for the following cause:

1. Debtor has caused an unreasonable delay prejudicial to creditors per U.S.C. 1307 (c)(1).

2. The case was filed on November 20, 2023.

3. The Confirmation hearing has been continued one or more times.

4. Debtor's failure to obtain timely confirmation is prejudicial to creditors.

**WHEREFORE**, your Trustee prays that after notice and hearing, this Chapter 13 case be **DISMISSED**.

/s/ Tim Truman
_____

Tim Truman, Trustee/State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

WAEL SAMIR FALTS
530 W HICKORY RIDGE CIR
ARGYLE, TX  76226-3950

Case No.: 23-43558-MXM  WAEL SAMIR FALTS

Page 2 of 2

**NOTICE OF COURT HEARING TO THE DEBTOR AND DEBTOR'S ATTORNEY OF RECORD:**

You are hereby notified of the filing of the foregoing Trustee's Motion to Dismiss for Failure to Obtain Timely Confirmation and Notice of Court Hearing. If a written Response or Objection to the Trustee's Motion is filed with the Court piror to docket call, then this matter will be called at the docket call to be held at **8:30 AM on 3/21/2024,** at **128 U.S. Courthouse, 501 West Tenth Street, Fort Worth, Texas**, with the hearing on the matter immediately following the conclusion of the docket call.

**YOU DO NOT HAVE TO ATTEND THE COURT HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE. ALL PAYMENTS DUE PRIOR TO THE HEARING MUST BE PAID CURRENT BY THE HEARING IN ORDER FOR THE TRUSTEE TO WITHDRAW THIS MOTION TO DISMISS.**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's "Motion to Dismiss with Certificate of Service and Notice of Court Hearing Thereon" was served on the parties listed below in the manner listed below on or before February 16, 2024.

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000

**BY FIRST CLASS MAIL:**

WAEL SAMIR FALTS, 530 W HICKORY RIDGE CIR, ARGYLE, TX 76226

**ELECTRONIC SERVICE:**

RICHARD M WEAVER and ASSOCIATES, 5601 AIRPORT FRWY, FT WORTH, TX 76117
MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX 78680
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
GRIFFITH JAY AND MICHEL LLP, 2200 FOREST PARK BLVD, FORT WORTH, TX 76110
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242