Fill in this information to identify your case:

Debtor 1: __Wael__ __Samir__ __Falts__
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Northern__ District of __Texas__

Case number: 23-43558-MXM-13
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | Priority Creditor's Name: _____ <br> Number Street: _____ <br> City State ZIP Code: _____ <br> **Who incurred the debt?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | Last 4 digits of account number ___ ___ ___ ___ <br> When was the debt incurred? _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ☐ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify _____ | _____ | _____ | _____ |

| Debtor 1 | Wael | Samir | Falts | Case number (if known) 23-43558-MXM-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** C.A.P. Construction, LLC
Nonpriority Creditor's Name
c/o Guillermo Ramos
2704 Valley View Ln
Number Street

Farmers Branch, TX 75234-4925
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$10,000.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Work on Hm

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.2** Denton County Court
Nonpriority Creditor's Name
1 Courthouse Dr
Number Street

Denton, TX 76208-1874
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$50.00

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Court Fees

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 __Wael__ __Samir__ __Falts__ Case number *(if known)* 23-43558-MXM-13
First Name  Middle Name  Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | Total claim |
|---|---|---|
| **4.3** Guillermo Ramos<br>Nonpriority Creditor's Name<br>2740 Valley View Ln<br>Number  Street<br><br>Farmers Branch, TX 75234<br>City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___<br>When was the debt incurred? _____<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00 |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 3 of 4

Debtor 1  __Wael__ __Samir__ __Falts__   Case number *(if known)* __23-43558-MXM-13__
  First Name  Middle Name  Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | Total claim |
|---|---|---|
| 6a. | Domestic support obligations | $0.00 |
| 6b. | Taxes and certain other debts you owe the government | $0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | $0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | + $0.00 |
| 6e. | Total. Add lines 6a through 6d. | $0.00 |

**Total claims from Part 2**

|  |  | Total claim |
|---|---|---|
| 6f. | Student loans | $0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | $0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | $0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | + $10,200.00 |
| 6j. | Total. Add lines 6f through 6i. | $10,200.00 |

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 4

**Fill in this information to identify your case:**

Debtor 1: Wael Samir Falts
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing)
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): 23-43558-MXM-13

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Wael Samir Falts
Wael Samir Falts, Debtor 1

Date 04/03/2024
    MM/ DD/ YYYY