

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 22, 2024**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 23-43558-MXM |
| WAEL SAMIR FALTS | § | CHAPTER 13 |
| DEBTOR | § | JUDGE MARK X MULLIN |

### ORDER DENYING CONFIRMATION

**AT FORT WORTH IN SAID DISTRICT:**

On July 18, 2024 came on for hearing Confirmation of Debtor's Plan and Motion for Valuation ("Debtor's Plan") filed on or about 05/14/2024 [Docket#57]. The Court finds that notice was and is appropriate under the circumstances.

The Court is of the opinion that confirmation should be **DENIED** based on the Debtor's announcement of no opposition to **DENIAL** of confirmation at or prior to the hearing.

**IT IS THEREFORE ORDERED** that confirmation of the Debtor's Plan be and the same is hereby **DENIED**.

# # # End of Order # # #