

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 22, 2024**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NUMBER: 23-43558-MXM |
| WAEL SAMIR FALTS | § § | CHAPTER 13 |
| DEBTOR | § | JUDGE MARK X MULLIN |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
**(MTD - Failure to Confirm)**

Came on for consideration the Trustee's Motion to Dismiss Chapter 13 proceeding ("Motion") filed on or about February 15, 2024 [Docket #41]. The Court finds that notice was and is appropriate under the circumstances.

The Court is of the opinion that the Motion should be GRANTED based on the Debtor's announcement of no opposition to DISMISSAL of the Chapter 13 proceeding at or prior to the hearing.

**IT IS THEREFORE ORDERED** that the above proceeding be, and hereby is in all things **DISMISSED**, without prejudice;

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326 (a) (2), and file the Trustee's Final Report, and

**IT IS FURTHER ORDERED** that the remaining balances of all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #